
# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 07-cr-00078-MJW-02 |
| CHAOJIE DONG<br>a/k/a/ Chao Jie Dong | Michael Axt, Retained<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A) | Unlawful Employment of Aliens | 09/01/06 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Indictment is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 15, 2007
Date of Imposition of Judgment

_Signature of Judicial Officer_

Michael E. Hegarty, U. S. Magistrate Judge
Name & Title of Judicial Officer

10/22/07
Date

DEFENDANT: CHAOJIE DONG
CASE NUMBER: 07-cr-00078-MJW-02                                                                 Judgment-Page 2 of 4

## PROBATION

The defendant is hereby placed on probation for a term of one (1) year, unsupervised.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The drug testing condition required by 18 U.S.C. § 3563(a)(5) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The Government and Probation Office shall provide a joint status report to the court of the termination of supervision to confirm that there have been no new law violations.

DEFENDANT:  CHAOJIE DONG
CASE NUMBER:  07-cr-00078-MJW-02                                                                                   Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $1,000.00 | $0.00 |
| **TOTALS** | $10.00 | $1,000.00 | $0.00 |

DEFENDANT:  CHAOJIE DONG
CASE NUMBER:  07-cr-00078-MJW-02                                             Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Special assessment is due in full immediately.

The fine shall be paid in installments over a 6-month period.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.